AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 15 2024

KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

V.

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:24-mj-321

CHARGING DISTRICTS
CASE NUMBER: 2:24-mj-2055-DUTY

I understand that charges are pending in the __CENTRAL__ District of __CALIFORNIA__ alleging violation of __18:1956(h)__ (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

04/15/2024
Date

_____
Defense Counsel